**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br>STEVEN BECK<br><br>Debtor(s) | Case No. 16-03396 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 02/04/2016.

2) The plan was confirmed on 05/31/2016.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was dismissed on 01/17/2017.

6) Number of months from filing to last payment: 11.

7) Number of months case was pending: 14.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

## Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $12,502.00 |
| Less amount refunded to debtor | $1,812.87 |
| **NET RECEIPTS:** | **$10,689.13** |

## Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $4,000.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $449.91 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$4,449.91** |

Attorney fees paid and disclosed by debtor:      $0.00

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| AARON RENTS INC | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| Afni, Inc. | Unsecured | 525.00 | NA | NA | 0.00 | 0.00 |
| Allied Collection Services | Unsecured | 93.00 | NA | NA | 0.00 | 0.00 |
| BANK OF AMERICA | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| BEVERLY BUS GARAGE FEDERAL C | Unsecured | NA | 3,771.40 | 3,771.40 | 0.00 | 0.00 |
| BEVERLY BUS GARAGE FEDERAL Cl | Unsecured | 2,000.00 | NA | NA | 0.00 | 0.00 |
| BEVERLY BUS GARAGE FEDERAL Cl | Secured | 2,000.00 | 2,000.00 | 2,000.00 | 1,110.36 | 42.96 |
| BROTHER RICE HIGH SCHOOL | Unsecured | 3,000.00 | NA | NA | 0.00 | 0.00 |
| BSG FINANCIAL LLC | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| CALUMET DERMATOLOGY ASSOC | Unsecured | 500.00 | 33.75 | 33.75 | 0.00 | 0.00 |
| CASCADE COLLECTIONS | Unsecured | 227.00 | 227.30 | 227.30 | 0.00 | 0.00 |
| CHECK N GO | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| CHECK SYSTEMS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF FINANCI | Unsecured | 0.00 | 3,654.16 | 3,654.16 | 0.00 | 0.00 |
| COLLECTION PROFESSIONALS INC | Unsecured | 0.00 | 192.35 | 192.35 | 0.00 | 0.00 |
| COMCAST | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH EDISON | Unsecured | 2,511.00 | NA | NA | 0.00 | 0.00 |
| Commonwealth Financial | Unsecured | 236.00 | NA | NA | 0.00 | 0.00 |
| COOK COUNTY TREASURER | Secured | NA | NA | NA | 0.00 | 0.00 |
| DIRECTV | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ECMC | Unsecured | NA | 2,356.92 | 2,356.92 | 0.00 | 0.00 |
| ECONOMY PARKING | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ENHANCED ACQ | Unsecured | 586.00 | NA | NA | 0.00 | 0.00 |
| ENHANCED RECOVERY CO L | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ESCALLATE LLC | Unsecured | 226.00 | NA | NA | 0.00 | 0.00 |
| FIRST PREMIER BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Glenwood-Lynwood Public Librar | Unsecured | 47.00 | NA | NA | 0.00 | 0.00 |
| GM FINANCIAL | Secured | 12,050.00 | 17,264.86 | 16,770.00 | 2,934.87 | 486.71 |
| GM FINANCIAL | Unsecured | 4,720.00 | 0.00 | 494.86 | 0.00 | 0.00 |
| HOME SHOPPING NETWORK | Unsecured | 1,300.00 | NA | NA | 0.00 | 0.00 |
| HRRG | Unsecured | 85.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| IC SYSTEM | Unsecured | 64.00 | NA | NA | 0.00 | 0.00 |
| IL DEPT OF REVENUE | Priority | 3,000.00 | 1,525.46 | 1,525.46 | 188.74 | 0.00 |
| IL DEPT OF REVENUE | Unsecured | NA | 131.92 | 131.92 | 0.00 | 0.00 |
| INGALLS MEMORIAL HOSPITAL | Unsecured | NA | 1,368.00 | 0.00 | 0.00 | 0.00 |
| INGALLS MEMORIAL HOSPITAL | Unsecured | 1,925.00 | 505.97 | 505.97 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 3,000.00 | 9,099.27 | 9,099.27 | 1,125.82 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | NA | 711.49 | 711.49 | 0.00 | 0.00 |
| JE ROOFING | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| JE ROOFING | Secured | 1,000.00 | NA | 1,798.00 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Unsecured | 264.00 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Unsecured | 605.00 | 604.84 | 604.84 | 0.00 | 0.00 |
| KOMYATTE & ASSOC. | Unsecured | 135.00 | NA | NA | 0.00 | 0.00 |
| MCSI INC | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE CO | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| MIDFIRST BANK | Secured | NA | 28,539.19 | 0.00 | 0.00 | 0.00 |
| MIDFIRST BANK | Secured | 144,417.00 | 136,936.92 | 0.00 | 0.00 | 0.00 |
| MIDFIRST BANK | Unsecured | 144,417.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND FUNDING LLC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| MONTEREY FINANCIAL SVC | Unsecured | 1,775.00 | NA | NA | 0.00 | 0.00 |
| MUNICIPAL COLLECTIONS OF AMER | Unsecured | 34.00 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Unsecured | 1,500.00 | 723.92 | 723.92 | 0.00 | 0.00 |
| PAYDAY LOAN STORE OF IL INC | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| PENN CREDIT CORP | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| PEOPLES GAS LIGHT & COKE CO | Unsecured | 2,275.00 | 3,569.98 | 3,569.98 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | 472.00 | NA | NA | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | 393.00 | 393.81 | 393.81 | 0.00 | 0.00 |
| RCN | Unsecured | 202.00 | NA | NA | 0.00 | 0.00 |
| RENAISSANCE RECOVERY SERVICES | Unsecured | 115.00 | NA | NA | 0.00 | 0.00 |
| RUSH MEDICAL CENTER | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| SPRINT NEXTEL | Unsecured | 0.00 | 2,130.19 | 2,130.19 | 0.00 | 0.00 |
| ST IL TOLLWAY AUTHORITY | Unsecured | 1,800.00 | 21,411.50 | 21,411.50 | 0.00 | 0.00 |
| STERLING UNITED | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SULLIVAN URGENT AID CENTERS | Unsecured | 90.00 | 721.00 | 721.00 | 0.00 | 0.00 |
| Tele Check Services | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| TRI STATE ADJUSTMENTS INC | Unsecured | 305.00 | 304.33 | 304.33 | 0.00 | 0.00 |
| TRS RECOVERY SERVICES INC | Unsecured | 1,322.00 | NA | NA | 0.00 | 0.00 |
| TRUNKETT & TRUNKETT | Unsecured | 3,771.00 | NA | NA | 0.00 | 0.00 |
| Unique National Collec | Unsecured | 41.00 | NA | NA | 0.00 | 0.00 |
| US DEPT OF ED NELNET | Unsecured | 2,750.00 | 3,226.29 | 3,226.29 | 0.00 | 0.00 |
| VILLAGE OF ALSIP | Unsecured | NA | 270.00 | 270.00 | 0.00 | 0.00 |
| VILLAGE OF COUNTRY CLUB HILLS | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF DOLTON DEPT OF REVE | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF DOLTON DEPT OF REVE | Secured | 500.00 | NA | 500.00 | 341.87 | 7.89 |
| VILLAGE OF EAST HAZEL CREST | Unsecured | 200.00 | 270.00 | 270.00 | 0.00 | 0.00 |
| VILLAGE OF LANSING | Unsecured | NA | 500.00 | 500.00 | 0.00 | 0.00 |
| VILLAGE OF LYNWOOD | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF OAK LAWN | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| Virtuoso Sourcing Grou | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $18,770.00 | $4,045.23 | $529.67 |
| All Other Secured | $2,298.00 | $341.87 | $7.89 |
| **TOTAL SECURED:** | **$21,068.00** | **$4,387.10** | **$537.56** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $10,624.73 | $1,314.56 | $0.00 |
| **TOTAL PRIORITY:** | **$10,624.73** | **$1,314.56** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$46,205.98** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $4,449.91 |
| Disbursements to Creditors | $6,239.22 |
| **TOTAL DISBURSEMENTS :** | **$10,689.13** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 04/07/2017        By: /s/ Tom Vaughn
                                              Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**